UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80132-CR-COHN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARCEL CHARLES,

        Defendant.
_____/

## ORDER

This matter comes before the Court upon Defendant Marcel Charles's Motion to Cancel Status Conference [D.E. 15]. The Court has reviewed the Motion and now **ORDERS and ADJUDGES** that the parties shall submit a joint filing providing the following information by September 29, 2010:

1. Whether, as of the date of filing, all discovery has been provided, and, if not, what remains and when it will be provided;

2. Whether, as of the date of filing, any outstanding motions exist in the case, and, if so, what;

3. Whether the Government and Defendant are ready for trial, and, if not, why and when the party expects to be ready;

4. The anticipated length of any trial;

5. Should the parties' expectations regarding resolution by plea change, the parties shall so advise the Court.

Upon receipt of the joint filing addressing these matters, the Court will cancel the Status Conference set for October 1, 2010.

**DONE AND ORDERED** this 23rd day of September 2010.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. James I. Cohn
      Counsel of Record